# United States Court of Appeals
## For the First Circuit

No. 06-1652

GOVERNOR WENTWORTH REGIONAL SCHOOL DISTRICT,

Plaintiff, Appellee,

v.

PAUL HENDRICKSON, ET AL.,

Defendants, Appellants,

v.

GUY DONNELLY, ET AL.,

Defendants, Appellees.

ERRATA

The Opinion issued on November 13, 2006 is amended as follows:

The coversheet should read John P. Sherman and Sherman & Ricker on motion to dismiss.

Page 5 Line 15 "such further relief a this" should be "such further relief as this".